IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY J. TURLEY, N-08083  )
)
      Plaintiff,  )
)
vs.  )   CIVIL NO. 11-cv-105-MJR
)
G. PATRICK MURPHY,  )
)
      Defendant.  )

# **MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

On February 22, 2011, Plaintiff moved this Court for voluntary dismissal of this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 4). Voluntary withdrawal of his claim is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    DATED: February 24, 2011

                                               **/s/ MICHAEL J. REAGAN**
                                               **U.S. DISTRICT JUDGE**